UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RODOLFO ALVARADO (2) <br> Defendant. | Case No. 11CR3462-DMS <br><br> JUDGMENT AND ORDER OF DISMISSAL OF CHARGES AND RECALL ARREST WARRANT |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment and Superseding Indictment in the above-captioned case be dismissed without prejudice, and the Arrest Warrants be recalled as to defendant RODOLFO ALVARADO (2).

Dated: August 30, 2017

Hon. Dana M. Sabraw
United States District Judge